# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAOLIANG LIU, et al., <br>      Plaintiffs, <br><br>             v. <br><br> BANK OF AMERICA, et al., <br>      Defendants. | CV 22-6290 DSF (PDx) <br><br> Order to Show Cause re Dismissal for Lack of Subject Matter Jurisdiction |

    This case was filed in this Court on the basis of diversity jurisdiction, but there is insufficient information pleaded in the complaint for the Court to determine if diversity jurisdiction exists. Specifically, the citizenship of the individual defendants is not alleged in the complaint. Also, the Court infers that Plaintiffs are citizens of China, but this is not directly stated in the complaint.

    Therefore, Plaintiffs are ordered to show cause, in writing, no later than September 16, 2022, why this case should not be dismissed for lack of subject matter jurisdiction.

    IT IS SO ORDERED.

Date: September 7, 2022

                                            Dale S. Fischer <br>
                                            United States District Judge